803 A.2d 1175

**K.H. and D.A.H., Both Individually and as Parents of A.H.**

v.

**J.R. and N.R.**

Petition of: J.R. @ 706 MAL 2001.

Petition of: N.R @ 720 MAL 2001.

Supreme Court of Pennsylvania.

Aug. 13, 2002.

## *ORDER*

PER CURIAM.

AND NOW, this 13th day of August, 2002, the Petitions for Allowance of Appeal are hereby GRANTED, LIMITED to the following issues:

a. Whether Appellees, who sought review of an order granting summary judgment and an order denying post-trial motions, were required to file separate notices of appeal?

b. Whether Joseph Reith, a non-custodial parent with shared custody of his son, had a duty to supervise him pursuant to Section 316 of the Restatement (Second) of Torts?

c. Whether a verdict of $4,625, awarded solely for pain and suffering, was inadequate as bearing no reasonable relation to the loss suffered?